AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF ____KANSAS____

MIKE M. NDEFRU,

        Plaintiff,

vs.

KANSAS STATE UNIVERSITY,

        Plaintiff.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 92-4121-DES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion to dismiss the amended complaint for failure to state a claim upon which relief may be granted is hereby granted.

IT IS FURTHER ORDERED that all claims against Kansas State University are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the plaintiff take nothing, that the action be dismissed, and that the defendant Kansas State University recover of the plaintiff Mike M. Ndefru its costs of action.

FILED
FEB 10 1993

RALPH L. DeLOACH, Clerk

(ENTERED ON THE DOCKET 02/10/93)
February 10, 1993

Date

RALPH L. DeLOACH

Clerk

(By) Deputy Clerk

37